**Order entered May 3, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00160-CV

### IN THE INTEREST OF L.L., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-18-00890-W**

## ORDER

The reporter's record was due March 26, 2019. When it was not timely filed, we notified court reporter Martha Grant by postcard dated March 28 and directed her to file the reporter's record within ten days. No record was filed and we had no communication from Ms. Grant. On April 26, 2019, we ordered Ms. Grant to file the reporter's record within ten days. On April 30, 2019, we received a letter from Ms. Grant informing the Court that the court reporter was Salonda Phillips.

We **ORDER** court reporter Salonda Phillips to file, within **TEN DAYS OF THE DATE OF THIS ORDER**, the reporter's record in this appeal. We caution Ms. Phillips that the failure to do so may result in the Court taking whatever remedies it has available to it to ensure this priority appeal proceeds in a timely fashion, which may include ordering that Ms. Phillips not sit as a court reporter until the complete reporter's record is filed.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the following persons:

Honorable Andrea Martin Lane
Presiding Judge of the 304th Judicial District Court

Honorable Alice Rodriguez
Associate Judge,

Ms. Martha Grant
Official Court Reporter, 304th Judicial District Court

Ms. Salonda Phillips
Court reporter

All parties

/s/     BILL WHITEHILL
           JUSTICE